UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREHANA CLEMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHELLE CALLEJAR, *et al.*,<br><br>    Defendants. | No.  2:25-cv-01438-TLN-JDP<br><br>**ORDER** |

  On May 30, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff Trehana Clemmons ("Plaintiff") and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on June 16, 2025, and they were considered by the undersigned.

  The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The proposed Findings and Recommendations filed May 30, 2025, are ADOPTED;

2. Plaintiff's complaint (ECF No. 1) is DISMISSED without leave to amend; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE